BARNET LUBINSKY, Respondent, v. BARNET HOFFMAN and HARRY GLASSMAN, Individually and as Copartners, etc., and Another, Defendants, Impleaded with HARRY DUKE and Others, Appellants.— Action to declare void a voluntary transfer, in bulk, made by the defendants Hoffman and Glassman, on April 23, 1931, of all of the merchandise and fixtures of the business known as the Century Dress Goods Store. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [158 Misc. 261.]

MARTIN POLLACK, Respondent, v. NATIONAL UNION FIRE INSURANCE CO., PITTSBURGH, PA., Appellant.— Action on a policy of insurance issued by defendant to plaintiff for damages sustained by plaintiff through the theft of his automobile. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

KINGSTON ASSOCIATES, INC., Appellant, v. FIORELLO H. LAGUARDIA, and FRANK J. TAYLOR, as Comptroller of the City of New York, Respondents.— Taxpayer's action, pursuant to section 51 of the General Municipal Law, to restrain the comptroller of the city of New York from paying any money to the defendant Fiorello H. LaGuardia as salary for the office of mayor of the city of New York on the ground that his acceptance of membership on the Advisory Committee on Allotments, a Federal agency, established by executive order of the President of the United States of America, pursuant to the authority vested in him under an act of Congress known as the " Emergency Relief Appropriation Act " (Public Resolution No. 11, 74th Congress [49 U. S. Stat. at Large, 115]), approved April 8, 1935, automatically resulted in his forfeiture of the office of mayor. Order denying plaintiff's motion for an injunction *pendente lite* and granting defendants' cross-motion for judgment dismissing the complaint for insufficiency, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [156 Misc. 116.]

In the Matter of the Judicial Settlement of the Account of Proceedings of RALEIGH J. LESLIE, as Administrator of RUTH LESLIE, Also Known as RUTH SHEEHAN, KAY LESLIE, KAY LAURELL and KAY SHEEHAN, Deceased. RALEIGH J. LESLIE, as Administrator, etc., Appellant; A. WELLES STUMP, Special Guardian, and Another, Respondents.— Decree, so far as appealed from, surcharging account of administrator with certain items, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH BRESCIA, Respondent, v. LEONARD WEILL, Appellant.— Action for personal injuries. Plaintiff, a boarder residing with one of the tenants in premises owned by defendant, fell while going down the front stoop of said premises because of alleged defective steps. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.